**Annis Recardo LLOYD, Plaintiff— Appellant,**

v.

**I.B. LOVELL; D.D. Gronau, Defendants—Appellees.**

No. 09–6149.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 29, 2009.

Annis Recardo Lloyd, Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annis Recardo Lloyd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action raising allegations of defamation. We have reviewed the record

and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lloyd v. Lovell,* No. 5:08–ct–03174–H (E.D.N.C. Jan. 22, 2009). We deny as moot Lloyd's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*